UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

LEVON ALEKSANIAN, SONAM LAMA, AND HARJIT KHATRA, *individually and on behalf of all other similarly situated,*

                              Plaintiffs,

-against-

UBER TECHNOLOGIES, INC., UBER LOGISTIK, LLC, and UBER USA LCC,

                              Defendants.

-----------------------------------------------------------x

19-cv-10308 (ALC)

ORDER

ANDREW L. CARTER, JR., United States District Judge:

    The Court is in receipt of Plaintiffs' letter requesting that this case be re-assigned. ECF No. 4. Since the case that Plaintiffs note as related has already been terminated, Plaintiffs' request is hereby **DENIED**.

**SO ORDERED.**

Dated:    December 23, 2019
             New York, New York

                                           HON. ANDREW L. CARTER, JR.
                                             United States District Judge