UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
LEVON ALEKSANIAN, SONAM LAMA, HARJIT KHATRA,
and, Individually, on Behalf of All Others Similarly Situated, and
as Class Representatives,

                              Plaintiffs,                              19-cv-10308

                              -against-

UBER TECHNOLOGIES, INC. and UBER USA LLC,
jointly and severally,

                              Defendants.
-------------------------------------------------------------------x

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiffs filed their Complaint on November 6, 2019;

WHEREAS, Defendants waived service on March 2, 2020;

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that the following schedule shall govern the schedule for Defendants' Answer and/or Motion on the Complaint and additional briefing, if any:

    1.    Defendants shall file and serve their Answer and/or Motion on the Complaint on or before May 1, 2020.

    2.    Plaintiffs shall file and serve their Opposition, if any, on or before June 18, 2020.

    3.    Defendants shall file and serve their Reply, if any, on or before July 17, 2020.

_____
Jeanne Mirer, Esq.
Mirer Mazzocchi & Julien PLLC
1 Whitehall Street, 16th Floor
New York, NY 10004

*Attorneys for Plaintiffs*

_____
Jeremy M. Creelan, Esq.
Elizabeth Edmondson, Esq.
Jenner & Block LLP
919 Third Ave., 37th Floor
New York, NY 10022-3908

*Attorneys for Defendants*

SO ORDERED this _____ day of March, 2020

_____
Judge Andrew L. Carter