```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

   LEVON ALEKSANIAN, SONAM LAMA,
   AND HARJIT KHATRA,
   *individually and on behalf of all others*
   *similarly situated*,

                           **Plaintiffs,**

              -against-

   **UBER TECHNOLOGIES, INC., UBER**
   **LOGISTIK, LLC, AND UBER USA LLC,**

                          **Defendants.**

                          **19-cv-10308 (ALC)**

                          **ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Plaintiffs' motion for reconsideration. ECF No. 7. Defendants are hereby **ORDERED** to respond to this motion on or before **June 18, 2020**.

**SO ORDERED.**

**Dated:**     **June 4, 2020**
             **New York, New York**

                                          **_____**
                                          **HON. ANDREW L. CARTER, JR.**
                                          **United States District Judge**

1