UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LEVON ALEKSANIAN, individually, on
behalf of all others similarly situated, and as
Class Representative, ET AL.,

                       Plaintiffs,

      -against-

UBER TECHNOLOGIES INC., ET AL.,
                       Defendants.
-----------------------------------------------------------X

3/8/2021

19 **CIVIL** 10308 (ALC)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated March 8, 2021, Plaintiffs' motion for discovery is DENIED and Defendants' motion to compel arbitration is GRANTED. The case is hereby DISMISSED. See Benzemann v. Citibank, N.A., 622 F. App'x 16, 18 (2d Cir. 2015) (summary order) (concluding that outright dismissal, as opposed to stay, is appropriate where none of the parties had requested a stay), cert. denied, 137 S. Ct. 618 (2017); accordingly, the case is closed.

**Dated**: New York, New York
         March 8, 2021

                                          **RUBY J. KRAJICK**

                                            **Clerk of Court**
                           **BY:**
                                            **Deputy Clerk**