USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/20/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALEKSANIAN, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> UBER TECHNOLOGIES INC., et al., <br><br> Defendants. | 19-cv-10308 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

On November 14, 2023, the Second Circuit issued a Summary Order vacating this Court's prior Order granting Defendants' motion to dismiss. ECF No. 77. The parties are hereby **ORDERED** to submit a joint status report on the current status of this action by no later than **November 30, 2023**.

**SO ORDERED.**

Dated:  **November 20, 2023**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**