UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

LEVON ALEKSANIAN, SONAM LAMA, HARJIT KHATRA, and, Individually, on Behalf of All Others Similarly Situated, and as Class Representatives,

        *Plaintiffs*,

-against-

UBER TECHNOLOGIES, INC., UBER LOGISTIK, LLC, UBER USA LLC, jointly and severally,

        *Defendants*.

------------------------------------------------------------------- x

1:19-cv-10308 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the parties' joint status report, ECF No. 79. Plaintiffs are GRANTED leave to amend their Complaint by **January 5, 2024**.

**SO ORDERED.**

**Dated:**    **December 18, 2023**
           **New York, New York**

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**