UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
LEVON ALEKSANIAN, SONAM LAMA, HARJIT
KHATRA, and, Individually, on Behalf of All Others
Similarly Situated, and as Class Representatives,

                       *Plaintiffs*,

           -against-

UBER TECHNOLOGIES, INC., UBER LOGISTIK,
LLC, UBER USA LLC, jointly and severally,

                       *Defendants*.
------------------------------------------------------------------- x

1:19-cv-10308 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The parties are directed to pursue limited discovery concerning facts relevant to the applicability of the Federal Arbitration Act, 9 U.S.C. §1, exemption, and to file a joint status report by **January 31, 2024**.

**SO ORDERED.**

**Dated:**    **January 10, 2024**
            **New York, New York**

                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**