**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------

LEVON ALEKSANIAN, SONAM LAMA,
HARJIT KHATRA, Individually, and on
Behalf of All Others Similarly Situated, and as
Class Representatives,

                            Plaintiffs,    CIVIL ACTION NO.: 19-cv-10308

            -against-                **MOTION FOR LEAVE TO WITHDRAW**
                                                  **AS COUNSEL FOR DEFENDANTS**

UBER TECHNOLOGIES, INC., UBER
LOGISTIK, LLC, UBER USA, LLC, jointly
and severally,

                            Defendants.

---------------------------------------------------------

       Pursuant to Rule 1.4 of the Local Rules of the United States District Court for the Southern District of New York, Jeremy M. Creelan, Adam G. Unikowsky, Elizabeth A. Edmondson, and Melissa T. Fedornak of Jenner & Block LLP (together, "Movants") hereby move to withdraw their appearance as attorneys for Defendants Uber Technologies, Inc., Uber Logistik, LLC, and Uber USA, LLC (collectively, "Defendants") in the above-captioned action.

       In support of this motion, Movants state as follows:

       1.       Movants entered appearances on behalf of Defendants in the above-captioned action and are identified as attorneys to be noticed.

       2.       Defendants remain represented by the law firm Gibson, Dunn & Crutcher LLP, and attorneys from Gibson, Dunn & Crutcher LLP have entered appearances on behalf of Defendants in the above-captioned action.

       3.       Movants are not asserting a retaining or charging lien.

       4.       Movants' withdrawal would not affect the case schedule in any way.

For the foregoing reasons, Movants respectfully request that this Court enter an order granting Movants leave to withdraw as counsel for Defendants.

Dated: June 7, 2024

JENNER & BLOCK LLP

*/s/ Jeremy M. Creelan*
Jeremy M. Creelan
Elizabeth A. Edmondson
Melissa T. Fedornak
1155 Avenue of the Americas
New York, NY 10036
212-891-1600
jcreelan@jenner.com
eedmondson@jenner.com
mfedornak@jenner.com

Adam G. Unikowsky
1099 New York Avenue, N.W., Suite 900
Washington, DC 20001-4412
202-639-6041
aunikowsky@jenner.com