UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEVON ALEKSANIAN, SONAM LAMA, and  :
HARJIT KHATRA, individually, on behalf of  :
all others similarly situated, and as Class  :     19-CV-10308 (ALC) (RWL)
Representatives,  :
 :
                         Plaintiffs,  :     **ORDER**
 :
      - against -  :
 :
UBER TECHNOLOGIES INC., UBER  :
LOGISTIK, LLC, and UBER USA LLC,  :
 :
                     Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiffs' letter motion to compel at Dkt. 104 was discussed and resolved at the conference held via Microsoft Teams on May 2, 2025. As directed at the conference, the motion is granted in part and denied in part, summarized and supplemented as follows:

      1.    Defendant shall produce documents responsive to Plaintiffs' "nationwide" document requests at RFPs 8, 15, 15, 17, and 21, limited to 10 Territories (one of which shall be the NYC area) designated by Plaintiffs (the "10 Territories").

      2.    Defendant need not respond to Interrogatory No. 22 beyond what it already has agreed to produce.

      3.    Defendant shall produce documents responsive to Plaintiffs' "mass communications" requests at RFP 5, 9, 10, 11, 15, 16, 21, 23 and 24, limited to 3 customers and 3 drivers in the 10 Territories (except that for NYC, Plaintiffs shall produce documents for both the 3 named Plaintiffs and 3 additional drivers).

      4.    Defendant need not produce airport agreements beyond the 52 agreements it already has produced in other FAA Section 1 cases.

5. With respect to RFP 2 and 3, Defendant shall produce nationwide training, introductory, and other onboarding documents provided to drivers and any nationwide templates for discipline regarding destination discrimination.

6. Defendant need not separately comply with RFP 6 requesting "all documents and communications that reference destination discrimination ...."

7. Defendant shall produce any depositions of Uber from other FAA Section 1 cases.

8. Defendant need not conduct an ESI search.

9. Consistent with Defendant's representations, Defendant shall not withhold documents in its custody, possession, or control that may also be available publicly; however, Defendant need not conduct a search for publicly available documents that are not otherwise in its custody, possession, or control.

10. By **May 9, 2025**, the parties shall meet and confer and file a joint letter with the Court proposing a schedule for completing limited discovery and subsequent briefing.

11. By **May 14, 2025**, Defendant may file a letter motion addressing sequencing of resolution of issues in this case. Plaintiffs shall reply by **May 21, 2025**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 104.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2025
          New York, New York

Copies transmitted this date to all counsel of record.