```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LEVON ALEKSANIAN, SONAM LAMA, and       :
HARJIT KHATRA, individually, on behalf of :
all others similarly situated, and as Class   :      19-CV-10308 (ALC) (RWL)
Representatives,                         :
                                         :
                    Plaintiffs,          :            ORDER
                                         :
      - against -                        :
                                         :
UBER TECHNOLOGIES INC., UBER             :
LOGISTIK, LLC, and UBER USA LLC,         :
                                         :
                    Defendants.          :
-------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves in part the issues raised by the parties' joint letter at Dkt. 111.

1. In connection with the limited discovery to be taken to determine the applicability of the FAA, (a) any additional written discovery requests on Uber will be permitted only upon a showing of good cause; and (b) Plaintiff may take a 30(b)(6) deposition limited to a single day and limited to reasonable topics not requiring the witness to have encyclopedic knowledge of documents or regional information.

2. Whether discovery should be stayed pending briefing on state law should be addressed by the parties in their May 14 and 21 letters to be submitted pursuant to Dkt. 108.

3. The discovery scheduled set forth under Plaintiff's position in Dkt. 111 is adopted, and shall proceed unless and until the Court stays discovery pending further briefing.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 111.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 12, 2025
       New York, New York

Copies transmitted this date to all counsel of record.