```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEVON ALEKSANIAN, SONAM LAMA, and       :
HARJIT KHATRA, individually, on behalf of :
all others similarly situated, and as Class  :       19-CV-10308 (ALC) (RWL)
Representatives,                         :
                                         :
                    Plaintiffs,          :       ORDER
                                         :
         - against -                     :
                                         :
UBER TECHNOLOGIES INC., UBER             :
LOGISTIK, LLC, and UBER USA LLC,         :
                                         :
                    Defendants.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order addresses Plaintiff's letter motions at Dkts. 119 and 120. No conference is necessary as the issues can be resolved based on the present record. Both applications are denied.

Considering Defendant's response to Dkt. 119, it appears that only one disputed item identified by Plaintiff remains at issue: Plaintiff's interrogatory seeking information about Airport Hold Lot/Virtual Queue Time. (*See* Dkt. 121.) The request is denied for lack of relevance, burden, and disproportionality.

Plaintiff's request at Dkt. 120 that Defendant de-designate as confidential various categories of documents is denied based on the terms of the Protective Order to which the parties agree and the Court so-ordered. Whether any such information should be maintained under seal from the public record is a different question that is premature to address in the absence of a motion or proceeding for which the information is filed.

The Clerk of Court is respectfully directed to terminate the letter motions at Dkts. 119 and 120.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 22, 2025
　　　　New York, New York

Copies transmitted this date to all counsel of record.