**GIBSON DUNN**

Lee R. Crain
Partner
T: +1 212.351.2454
M: +1 347.924.2815
lcrain@gibsondunn.com

November 7, 2025

Granted.

SO ORDERED:

11/7/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**BY ECF**
The Honorable Robert W. Lehrburger
U.S. District Court, S.D.N.Y.
500 Pearl St.
New York, New York 10007

Re:   *Aleksanian et al. v. Uber Technologies, Inc., et al.*, 19-cv-10308 (ALC) (RWL)

Dear Judge Lehrburger:

We represent Defendants Uber Technologies Inc. and Uber USA LLC (jointly, "Uber") and write pursuant to Local Rule 7.1(e) and Your Honor's Individual Rule I(D) to respectfully request an extension of time for Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Compel Arbitration.

Due to the volume of Plaintiffs' submission and defense counsel's schedule, Defendants request an extension of thirteen days so that Defendants' Reply brief, currently due December 5, would now be due December 18. Plaintiffs previously requested three unopposed extensions related to this motion, which this Court granted. This is Defendants' first request for an extension related to this motion. Plaintiffs consent to the requested extension.

The proposed extension would impact the previously ordered schedule for sealing procedure. Dkt. 138. Accordingly, the parties jointly propose resetting the dates for sealing as follows:

- By January 6, the parties will meet and confer as to whether any or all of the redacted material in the parties' briefing should remain sealed.
- By January 13, one or both parties will filed a letter motion for sealing to be maintained; and
- If needed, by January 20, one or both parties will file a letter motion in opposition.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Lee R. Crain
Partner

cc:   All Counsel of Record