UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEVON ALEKSANIAN, SONAM LAMA, and   :
HARJIT KHATRA, individually, on behalf of  :
all others similarly situated, and as Class   :        19-CV-10308 (ALC) (RWL)
Representatives,                           :
                                      :
                   Plaintiffs,   :                **ORDER**
                                        :
          - against -          :
                                        :
UBER TECHNOLOGIES INC., UBER       :
LOGISTIK, LLC, and UBER USA LLC,    :
                                        :
                 Defendants.  :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The dispute between the parties concerning Uber's letter motion to seal certain information (*see* Dkt. 162) will be addressed during oral argument of the underlying motion to compel arbitration. Until then, the material provisionally filed under seal by Uber will be maintained under seal on an interim basis. This interim order is not an adjudication on the merits of the motion to seal, which will be decided at or following oral argument. In the meantime, if Uber wishes to file a written response to Plaintiff's letter in opposition at Dkt. 163, such response shall be filed by January 27, 2026.

                    SO ORDERED.

                    _____
                    ROBERT W. LEHRBURGER
                    UNITED STATES MAGISTRATE JUDGE

Dated: January 21, 2026
       New York, New York

Copies transmitted this date to all counsel of record.

1